IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BUTTE DIVISION

---

| | |
|---|---|
| JEAN-PAUL LAUREN and MONTANA FAIR HOUSING, INC., <br><br> Plaintiffs, <br><br> -vs.- <br><br> STONERIDGE APARTMENTS, LP; HIGHLAND PROPERTY MANAGEMENT, INC.; LEILANI NAKAMURA, <br><br> Defendants. | Cause No. CV-22-00046-BMM <br><br> ORDER GRANTING DEFENDANTS' UNOPPOSED MOTION TO STAY PROCEEDINGS AND VACATE TRIAL |

Pursuant to DEFENDANTS' UNOPPOSED MOTION TO STAY PROCEEDINGS AND VACATE TRIAL, and good cause appearing therefor,

IT IS HEREBY ORDERED that all proceedings in this matter are stayed, and all pending deadlines and the trial set for February 12, 2024 are hereby vacated. Upon motion to lift the stay, this matter will proceed accordingly.

DATED this 15th day of December, 2023.

_____
Brian Morris, Chief District Judge
United States District Court