**UNITED STATES DISTRICT COURT**
**DISTRICT OF MONTANA**
**BUTTE DIVISION**

| | |
|---|---|
| JEAN-PAUL LAUREN and MONTANA FAIR HOUSING, INC., <br><br> Plaintiffs, <br><br> vs. <br><br> STONERIDGE APARTMENTS, LP; HIGHLAND PROPERTY MANAGEMENT, INC.; LEILANI NAKAMURA; <br><br> Defendants. | CV-22-46-BU-BMM <br><br><br> **ORDER FOR DISMISSAL WITH PREJUDICE** |

The parties have stipulated to dismissing this matter with prejudice. They represent the reason for this motion is that the parties have resolved their dispute.

Accordingly, IT IS ORDERED that the matter is DISMISSED WITH PREJUDICE, each side to bear their own attorney's fees and costs.

Dated this 12th day of February 2025.

_____
Brian Morris, Chief District Judge
United States District Courts